UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00912**

| | |
|---|---|
| John Carfagno, derivatively on behalf of Centerline Holding Company  Plaintiff,  -v-  Marc D. Schnitzer, Stephen M. Ross, Jeff T. Blau, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts and Tom W. White -- and -- Centerline Holding Company  Defendant. | Case No._____  **Rule 7.1 Statement**  JAN 25 2008 U.S.D.C. S.D.N.Y. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

John Carfagno _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: January 25, 2008

Signature of Attorney

Attorney Bar Code: BK-0264

Form Rule7_1.pdf  SDNY Web 10/2007