*Settlement* 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CARFAGNO, derivatively on
behalf of CENTERLINE HOLDING
COMPANY,

                          Plaintiff,

                v.

MARC D. SCHNITZER, STEPHEN M.
ROSS, JEFF T. BLAU, LEONARD W.
COTTON, ROBERT J. DOLAN,
NATHAN GANTCHER, JEROME Y.
HALPERIN, ROBERT L. LOVERD,
ROBERT A. MEISTER, JANICE COOK
ROBERTS, AND THOMAS W. WHITE,

                       Defendants

           and

CENTERLINE HOLDING COMPANY,

                Nominal Defendant.

---

08-CV-00912 (SAS)

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL AND
PROPOSED ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

        PLEASE TAKE NOTICE that, with the approval of defendants Marc D.

Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher, Jerome Y. Halperin,

Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and Thomas W. White, and

subject to the approval of the Court, Joel S. Weiss, Katsky Korins LLP, 605 Third

Avenue, New York, New York 10158, 212-716-3265, hereby withdraws as counsel for

defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher,

Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and

Thomas W. White in the above-captioned matter, and Paul, Weiss, Rifkind, Wharton &

Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, is

hereby substituted in place of Joel S. Weiss, Katsky Korins LLP, as counsel of record for

defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher,

Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and

Thomas W. White in this action, effective as of the date indicated below.

      Attached is an affidavit of substituted counsel in accordance with Local

Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York.

Dated: New York, New York
      March **|**, 2008

KATSKY KORINS LLP

By: _____

Joel S. Weiss, Esq.
605 Third Avenue
New York, New York 10158
(212) 716-3265
jweiss@katskykorins.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____

Richard A. Rosen (RR-5132)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
rrosen@paulweiss.com

SO ORDERED:

U. S. D. J.

3/17/08

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

David R. Scott
Scott and Scott LLP
29 West 57th Street
New York, NY 10019
860-537-5537 (tel.)
drscott@scott-scott.com

Jennifer F. Beltrami
Wolf Block, LLP
250 Park Avenue
New York, NY 10177
212-883-4955 (tel.)
jbeltrami@wolfblock.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08-CV-00912 (SAS)

JOHN CARFAGNO, derivatively on
behalf of CENTERLINE HOLDING
COMPANY,

AFFIDAVIT OF RICHARD A. ROSEN

Plaintiff,

v.

MARC D. SCHNITZER, STEPHEN M.
ROSS, JEFF T. BLAU, LEONARD W.
COTTON, ROBERT J. DOLAN,
NATHAN GANTCHER, JEROME Y.
HALPERIN, ROBERT L. LOVERD,
ROBERT A. MEISTER, JANICE COOK
ROBERTS, AND THOMAS W. WHITE,

Defendants

and

CENTERLINE HOLDING COMPANY,

Nominal Defendant.

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

RICHARD A. ROSEN, being duly sworn, says:

1.     I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton &

Garrison LLP ("Paul Weiss") and member of the Bar of this Court. Pursuant to Local

Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I submit this affidavit in support of the accompanying

stipulation and proposed order substituting Paul Weiss for Katsky Korins LLP as counsel

for defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher,

Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and

Thomas W. White in the above-captioned action.

      2.     As reflected in the accompanying Notice of Withdrawal and

Substitution of Counsel and Proposed Order, defendants Marc D. Schnitzer, Leonard W.

Cotton, Robert J. Dolan, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Robert

A. Meister, Janice Cook Roberts, and Thomas W. White now desire to retain Paul Weiss

to represent them in this litigation. The proposed substitution at this early stage of

litigation will not delay the matter or prejudice any party.

Richard A. Rosen

Sworn to before me this
day of March 6, 2008

Notary Public

**DANYEL HUTCHINSON**
**Notary Public, State of New York**
**No. C1HU5077629**
**Qualified in New York County**
**Commission Expires May 12, 20 11**

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK   )
                         )   ss.:
COUNTY OF NEW YORK  )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,

New York 10019.

2. On March 13, 2008, I served true copies of the attached: AFFIDAVIT OF RICHARD

A. ROSEN and NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

AND PROPOSED ORDER on the following:

Steven Cooper
Reed Smith, LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

Jennifer F. Beltrami
Wolf Block, LLP
250 Park Avenue
New York, New York 10177

3.  I made such service by placing true copies of the aforementioned documents in

properly addressed prepaid wrappers and delivering them to a Federal Express office for

Priority Overnight Delivery.

Leana Loncarevic

Sworn to before me this

13th day of March, 2008

Notary Public

SYLVIA ANDREEV
Notary Public  State of New York
No. 01AN61130735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008