Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>                      Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>                      Nominal Defendant. | 08-CV-00912 (SAS)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/18/08 |

**STIPULATION AND ORDER SUBSTITUTING COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that, upon the annexed declaration of Jennifer F. Beltrami in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of nominal defendant Centerline Holding Company, and subject to the approval of the Court, Joel S. Weiss, Katsky Korins LLP, 605 Third Avenue, New York, New York 10158, 212-716-3265, hereby withdraws as counsel for nominal defendant Centerline Holding Company in the above-captioned matter, and WolfBlock LLP, 250 Park Avenue, New York, New York 10177, 212-883-4955, is hereby

substituted in place of Joel S. Weiss, Katsky Korins LLP, as counsel of record for nominal defendant Centerline Holding Company in this action, effective as of the date indicated below.

Dated: New York, New York
       March 17, 2008

                        KATSKY KORINS LLP

                        By: _____
                        Joel S. Weiss, Esq.
                        605 Third Avenue
                        New York, New York 10158
                        (212) 716-3265
                        jweiss@katskykorins.com


                        WOLFBLOCK LLP

                        By: _____
                        Jennifer F. Beltrami
                        250 Park Avenue
                        New York, NY 10177
                        (212) 883-4955
                        jbeltrami@wolfblock.com


                        CENTERLINE HOLDING COMPANY

                        By _____
                        General Counsel / Sr. Managing Director

SO ORDERED:

_____
U.S.D.J.
          3/18/08

NYC:760403.1/CEN126-250721

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>　　　　　　　　　　　　Defendants<br><br>　　　　and<br><br>CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　　Nominal Defendant. | 08-CV-00912 (SAS) |

## DECLARATION OF JENNIFER F. BELTRAMI

I, Jennifer F. Beltrami, declare the following to be true under penalty of perjury pursuant to 28 U.S.C. §1746:

1.　　I am a partner in the law firm of WolfBlock LLP and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying stipulation and order substituting WolfBlock LLP for Katsky Korins LLP as counsel for nominal defendant Centerline Holding Company in the above-captioned action.

NYC:760403.1/CEN126-250721

2. As reflected in the accompanying stipulation and order, nominal defendant Centerline Holding Company now desires to retain WolfBlock LLP to represent it in this litigation. The proposed substitution at this early stage of litigation will not delay the matter or prejudice any party.

Dated: New York, New York
March 17, 2008

*Jennifer F. Beltrami*