UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>Nominal Defendant. | 08-CV-00912 (SAS) |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and Thomas W. White.

Dated: March 19, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Richard A. Rosen

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019-6064
rrosen@paulweiss.com
Telephone: (212) 373-2522

*Attorneys for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Robert A. Meister, Janice Cook Roberts, and Thomas W. White*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

David R. Scott
Scott and Scott LLP
29 West 57th Street
New York, NY 10019
860-537-5537 (tel.)
drscott@scott-scott.com

Jennifer F. Beltrami
WolfBlock LLP
250 Park Avenue
New York, NY 10177
212-883-4955 (tel.)
jbeltrami@wolfblock.com

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

Tamara Kogan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 19, 2008 I served a true copy of the foregoing NOTICE OF APPEARANCE OF RICHARD A. ROSEN on the following:

> Steven Cooper
> Reed Smith LLP
> 599 Lexington Avenue
> New York, NY  10022
>
> Arthur L. Shingler, III
> Scott + Scott, LLP
> 600 B Street, Suite 1500
> San Diego, CA 92101

3. I made such service by placing a true copy of the aforementioned documents in a properly addressed postpaid wrappers and delivering them into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Tamara Kogan

Sworn to before me this
19th day of March, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008