UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LENOARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>                      Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>                      Nominal Defendant. | 08-CV-00912 (SAS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of WolfBlock LLP, hereby enters an appearance as counsel of record for Nominal Defendant Centerline Holding Company.

Dated: March 26, 2008

                                                    WOLFBLOCK LLP

                                                    By: _____
                                                        Jennifer F. Beltrami
                                                  250 Park Avenue
                                                  New York, NY  10177
                                                  (212) 883-4955
                                                  jbeltrami@wolfblock.com

                                                  *Attorneys for Nominal Defendant*
                                                  *Centerline Holding Company*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

David R. Scott
Scott and Scott LLP
29 West 57th Street
New York, NY  10019
860-537-5537 (tel.)
drscott@scott-scott.com

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019
212-373-3000
rrosen@paulweiss.com

NYC:760404.1/CEN126-250721