UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LENOARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>Nominal Defendant. | 08-CV-00912 (SAS) |

## RULE 7.1 DISCLOSURE STATEMENT
## OF NOMINAL DEFENDANT CENTERLINE HOLDING COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Nominal Defendant Centerline Holding Company certifies as follows:

Defendant Centerline Holding Company is a Delaware statutory trust that is not a subsidiary of any other corporation. Centerline Holding Company is publicly traded on the New York Stock Exchange under the symbol "CHC." Centerline Holding Company's principal office address is 625 Madison Avenue, New York, New York. There is no publicly held corporation that owns ten percent (10%) or more of the stock of Centerline Holding Company.

NYC:760406.1/CEN126-250721

Dated: New York, New York
       March 26, 2008

                                              WOLFBLOCK LLP

                                              By: _____
                                                    Jennifer F. Beltrami
                                            250 Park Avenue
                                            New York, NY  10177
                                            (212) 883-4955
                                            jbeltrami@wolfblock.com

                                            *Attorneys for Nominal Defendant*
                                            *Centerline Holding Company*

NYC:760406.1/CEN126-250721