## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, AND THOMAS W. WHITE,<br><br>　　　　　　　　　　　Defendants.<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. 08-cv-00912 (SAS)<br><br><br><br>**JURY TRIAL DEMANDED** |
| TONY BROY, derivatively on behalf of nominal defendant, CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFF T. BLAU, STEPHEN M. ROSS, LEONARD W. COTTON, MARC D. SCHNITZER, PETER T. ALLEN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and ROBERT L. LEVY,<br><br>　　　　　　　　　　　Defendants.<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. 08-cv-01971 (SAS) |

<u>NOTICE AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL
OF PLAINTIFF TONY BROY ONLY</u>

PLEASE TAKE NOTICE that subject to the approval of the Court that:

1. Pursuant to Fed. R. Civ. Proc. 4l(a)(l)(ii), Plaintiff Tony Broy is hereby dismissed without prejudice to all the parties.

2. Plaintiff Tony Broy represents that no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff Tony Broy or any of Plaintiffs' attorneys and no promise to give any such compensation has been made.

3. Each party shall bear his, her or its own costs and attorneys' fees subject to the provisions of Federal Rule of Civil Procedure 41(d).

DATED: New York, New York
May 9, 2008

Respectfully Submitted,

/s/ Joshua M. Lifshitz
BULL & LIFSHITZ, LLP
Peter D. Bull (PB-9118)
Joshua M. Lifshitz (JL-9172)
18 East 41st Street
New York, New York 10017
Tel: (212) 213-6222

SO ORDERED

_____
Hon. Shira A. Scheindlin