UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARC D. SCHNITZER, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 08-CV-912-SAS |
| TONY BROY, derivatively and on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JEFF T. BLAU, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 08-CV-1971-SAS |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the attached declaration of Richard A. Rosen, sworn to May 12, 2007, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, the undersigned will move this Court on a day and time to be determined by the Court for an order pursuant to 15 U.S.C. § 78bb, and Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, dismissing with prejudice all of plaintiff Carfagno's claims against the above-named defendants.

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the Court on April 15, 2008, answering papers shall be served on or before June 5, 2008. Reply papers shall be served on or before June 19, 2008.

Dated: New York, New York
May 12, 2008

Respectfully submitted,

/s/ Richard A. Rosen
Richard A. Rosen
Daniel J. Leffell
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359
rrosen@paulweiss.com

Attorneys for Marc. D. Schnitzer, Robert L. Levy, and Leonard W. Cotton, Peter T. Allen, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts and Thomas W. White

/s/ Peter L. Simmons
Peter L. Simmons, Esq.

FRIED FRANK LLP
New York, NY 10022
Tel: 212-859-8455
Fax: 212-859-4000
peter.simmons@friedfrank.com

Attorneys for Defendants Stephen M. Ross and Jeffrey T. Blau

       /s/ Jennifer F. Beltrami
      Jennifer F. Beltrami, Esq.
      WOLFBLOCK, LLP
      250 Park Avenue
      New York, NY 10177
      Tel: 212-883-4955
      Fax: 212-672-1155
      jbeltrami@wolfblock.com

      Attorneys for Centerline Holding Company

Filed on behalf of Marc. D. Schnitzer, Robert L. Levy, and Leonard W. Cotton, Peter T. Allen, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, Thomas W. White, Stephen M. Ross, Jeffrey T. Blau, and Centerline Holding Company upon consent.