Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY, Plaintiff, v. MARC D. SCHNITZER, et al., Defendants. | 08-CV-00912-SAS |
|---|---|
| TONY BROY, derivatively and on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY, Plaintiff, v. JEFF T. BLAU, et al., Defendants. | 08-CV-01971-SAS |

## STIPULATION AND [PROPOSED] ORDER

The parties have conferred and agree to the following schedule to be entered by the Court in the above-captioned matter:

WHEREAS, defendants filed a motion to dismiss on May 12, 2008;

WHEREAS, plaintiff John Carfagno ("Carfagno") filed his opposition to defendants' motion to dismiss on June 5, 2008;

WHEREAS, defendants were to file a reply on or before June 19, 2008;

WHEREAS, discovery is proceeding, defendants have produced over 77,000 pages of documents to plaintiff Carfagno, and plaintiff Carfagno's counsel has noticed and taken the depositions of five individuals in connection with this litigation;

WHEREAS, the parties agree that judicial economy is best served by the Court's consideration of the issues in this litigation on the factual record, the parties hereby stipulate and agree, subject to the Court's approval, that:

1. Defendants' motion to dismiss is hereby withdrawn without prejudice; and

2. The parties will promptly meet and agree upon an appropriate scheduling order to be entered in this matter.

Dated: June 19, 2008
New York, NY

SCOTT + SCOTT, LLP

*(signed)*

Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: 212-223-6444

Walter Noss
1234 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088

*Counsel for Plaintiff Carfagno and the Settlement Class*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359

*Counsel for the Defendants (except Centerline Related Companies, Ross and Blau)*

REED SMITH LLP

Peter L. Simmons
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Tel: 212-859-8455
Fax: 212-859-4000
*Counsel for the Defendants Related Companies, Ross and Blau*

2

WHEREAS, the parties agree that judicial economy is best served by the Court's consideration of the issues in this litigation on the factual record, the parties hereby stipulate and agree, subject to the Court's approval, that:

1. Defendants' motion to dismiss is hereby withdrawn without prejudice; and

2. The parties will promptly meet and agree upon an appropriate scheduling order to be entered in this matter.

Dated: June 19, 2008
New York, NY

SCOTT + SCOTT, LLP

_____
Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: 212-223-6444

Walter Noss
1234 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088

*Counsel for Plaintiff Carfagno and the Settlement Class*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_____
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359

*Counsel for the Defendants (except Centerline, Ross and Blau)*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

_____
Peter L. Simmons
One New York Plaza
New York, NY 10004
Tel: 212-859-8455
Fax: 212-859-4000

*Counsel for the Defendants Ross and Blau*

2

WOLFBLOCK LLP

*/s/ Jennifer F. Beltrami*
Jennifer F. Beltrami
250 Park Avenue
New York, NY 10177
Tel: 212-205-6027
Fax: 212-672-1155

*Counsel for Nominal Defendant Centerline Holding Company*

A conference is scheduled for May 30, 2008, at 4:00 p.m.

SO ORDERED: _____
The Honorable Shira A. Scheindlin
U.S. District Judge

6/19/08