**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

RANDOLPH E PAUL    (1946-1956)
LOUIS S WEISS      (1927-1950)
SIMON H RIFKIND    (1950-1995)
JOHN F WHARTON     (1927-1977)
LLOYD K GARRISON   (1946-1991)

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

WRITER'S DIRECT DIAL NUMBER
212-373-3305

WRITER'S DIRECT FACSIMILE
212-492-0305

WRITER'S DIRECT E-MAIL ADDRESS
rrosen@paulweiss.com

MATTHEW W ABBOTT
MARK H ALCOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
RICHARD S BORISOFF
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
DOUGLAS A CIFU
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L FELCHER
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
JEH CHARLES JOHNSON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
STEVEN B ROSENFELD
PETER J ROTHENBERG
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
MARIA T VULLO
LAWRENCE G WEE
THEODORE V WELLS, JR
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
ALFRED D YOUNGWOOD
TONG YU
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

June 23, 2008



**By Hand**

Hon. Shira A. Scheindlin
U.S. District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

*Carfagno* v. *Schnitzer*, 08 Civ. 00912 (SAS)

Dear Judge Scheindlin:

      On behalf of the parties in the above-captioned matter, I write to inform the Court that, pursuant to the Stipulation and Order signed by the Court on June 19, 2008, a conference has been scheduled for May 30, 2008, at 4 p.m., a date that has already passed. The parties respectfully propose that, subject to the Court's availability, the conference be scheduled on one of the following dates: July 21 or 29-31, 2008.

      The parties have requested a date in the second half of July 2008 because Vice Chancellor Parsons has scheduled a continuation of the fairness hearing concerning the settlement agreement in the related case pending before the Delaware Chancery Court in *Off* v. *Ross*, C.A. No. 3468-VCP, on July 15, 2008. All parties believe it would be sensible to meet with Your Honor following that date.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin                                                                2

       In anticipation of the conference before Your Honor, the parties are conferring and plan promptly to submit a proposed schedule in accordance with the Court's model scheduling order.

Respectfully submitted,

Richard A. Rosen

cc:   Beth A. Kaswan, Esq. (By E-mail)
      Peter L. Simmons, Esq. (By E-mail)
      Jennifer F. Beltrami, Esq. (By E-mail)

The parties' request is granted. The conference is adjourned to 4:30 p.m. on Monday, July 21, 2008.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 24, 2008