UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Plaintiff,    *John Campagno et al*

    -v-

Defendant.
    *Schnitzer, et al*
------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

*08 Civ 00 912   SAS*

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

    The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☐ General Pretrial (includes scheduling,
    discovery, non-dispositive pretrial
    motions, and settlement)

☐ Specific Non-Dispositive
    Motion/Dispute:*
    _____
    _____
    _____

    If referral is for discovery disputes  when
    the District Judge is unavailable, the time
    period of the referral:_____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all
    purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited
    purpose (e.g., dispositive motion,
    preliminary injunction)
    Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring
    a Report and Recommendation)
    Particular Motion:_____
    _____

    All such motions: _____

*Do not check if already referred for general pretrial.

Dated _____ July 21, 2008

SO ORDERED:

_____
United States District Judge

*September would be best.*

Thanks