UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
JOHN CARFAGNO,
:                             ORDER
                Plaintiff,
:                             08 Civ. 912 (SAS)
   - against -
:
MARC D. SCHNITZER, et al.,
:
                Defendants.
------------------------------------------------------X
SHIRA A. SCHEINDLIN, U.S.D.J.:

        The Clerk of the Court is directed to delete the second docketed Scheduling Order, Document # 42, from the docket as this document was filed in error. The first docketed Scheduling Order, Document # 39, remains in effect.

SO ORDERED:

*Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            July 28, 2008

## - Appearances -

**For Plaintiff:**

Beth Ann Kaswan, Esq.
Scott & Scott, LLP
29th West 57th Street
New York, NY 10019
(212) 223-6444

**For Defendants:**

Richard A. Rose, Esq.
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000