USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
JOHN CARFAGNO, derivatively on behalf of  :   08-cv-00912 (SAS)
CENTERLINE HOLDING COMPANY,               :
                                          :   ECF Case
                    Plaintiff,            :
                                          :
          vs.                             :
                                          :
MARC D. SCHNITZER, ET AL.,                :
                                          :
                    Defendants.           :
---------------------------------------X

### STIPULATION AND [PROPOSED] ORDER

Plaintiff John Carfagno and Defendants Stephen M. Ross, Marc D. Schnitzer, Leonard W. Cotton, Jeffrey T. Blau, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, Thomas W. White and Nominal Defendant, Centerline Holding Company (collectively "Defendants") hereby submit this proposed amended scheduling order, modifying the Court's scheduling order dated July 21, 2008, as follows:

1.  Plaintiff filed his motion for class certification on July 31, 2008. Mr. Carfagno is unavailable for a deposition before August 29, 2008, the date that Defendants' opposition is to be submitted pursuant to the Court's scheduling order dated July 21, 2008. Mr. Carfagno is scheduled to be deposed on September 4, 2008.

2.  By agreement of the parties, Defendants shall file their opposition, if any, to Plaintiff's motion by September 11, 2008, and Plaintiff shall file his reply, if any, by October 1, 2008.

3. All other dates in the Court's scheduling order dated July 21, 2008 will remain the same.

4. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

Dated: August 18, 2008
New York, NY

SCOTT + SCOTT, LLP

*W. Noss*/esp
_____
Beth A. Kaswan
Judy Scolnick
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: 212-223-6444
Fax: 212-223-6334

Walter W. Noss
1234 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092

*Counsel for Plaintiff Carfagno*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

*R. Rosen*/esp
_____
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359

*Counsel for the Defendants (except Centerline, Ross and Blau)*

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

*P. Simmons*/esp
_____
Peter L. Simmons
One New York Plaza
New York, NY 10004
Tel: 212-859-8455
Fax: 212-859-4000

*Counsel for the Defendants Ross and Blau*

WOLFBLOCK LLP

*G. Beltrami/esp*
Jennifer F. Beltrami
250 Park Avenue
New York, NY 10177
Tel: (212) 883-4955

*Counsel for Nominal Defendant Centerline Holding Company*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
U.S. District Judge

8/19/08