# EXHIBIT B-1

**Exhibit B-1 Current Valuation of Original Preferred Share**

Example

| Inputs | | | Results | Calc_type | Value |
|---|---|---|---|---|---|
| Calc_type | PQ | | Convertible bond price (quoted) | PQ | 10.21 |
| Redemption | 11.70 | | Convertible bond price (cash) | PC | 10.31 |
| Valuation_date | 11-May-09 | | | | |
| Maturity_Date | 28-Dec-17 | | Bond price (quoted) | BQ | 9.96 |
| Coupon_rate | 11.00% | | Bond price (cash) | BC | 10.12 |
| Coupon_frequ | 4 | | Accrued interest | AI | 0.15 |
| Risk_free_rate | 3.09% | | Delta per share | D | 0.78 |
| Credit_spread | 10.65% | | Option value | O | 0.20 |
| Share_price | 0.25 | | | | |
| Volatility | 150% | | | | |
| Conversion_ratio | 1.1 | | http://www.hoadley.net/options | | |
| Optional adjustments | | | | | |
| conversion_date | | | | | |
| Dividend_type | C | | | | |
| Dividend_details | Amt | Ex-div | | | |
| Dividend 1 | 0% | | | | |
| Dividend 2 | | | | | |
| Dividend 3 | | | | | |
| Call_price | 13.98 | | | | |
| Call_date | 28-Dec-12 | | | | |
| Call_trigger | 13.98 | | | | |
| call_notice | | | | | |
| Put_price | | | | | |
| Put_date | | | | | |
| Trinomial_steps | 200 | | | | |
| get_accrued | FALSE | | | | |